UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMISON REMIED, individually,
and as Representative of a Class of
Participants and Beneficiaries of the
NorthShore University HealthSystem
Tax Deferred Annuity Plan,

        Plaintiff,

        v.

NORTHSHORE UNIVERSITY
HEALTHSYSTEM, et al.

        Defendants

Case No. 1:22-cv-02578

Hon. Steven C. Seeger

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Jamison Remied, respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement and Release of Claims in the above-referenced matter, attached to the Declaration of Paul M. Secunda as **Exhibit 1**; (2) approve the proposed Notices and authorize distribution of the Notices to the Settlement Class, attached to the Settlement Agreement as **Exhibits A and A-1**; (3) preliminarily certify the Settlement Class for settlement purposes; (4) approve the Plan of Allocation, attached to the Settlement Agreement as **Exhibit B**; (5) schedule a Final Approval Hearing; and (6) enter the accompanying Preliminary Approval Order, attached to the Settlement Agreement as **Exhibit C**.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M.

Secunda and exhibits attached thereto (including the Settlement Agreement and Exhibits), the Declaration of Jamison Remied, and all files, records, and proceedings in this matter. Defendants join in the relief requested by Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

Dated this 7th day of February, 2025      **WALCHESKE & LUZI, LLC**

/s/ Paul M. Secunda
Paul M. Secunda
125 S. Wacker Dr., Suite 300
Chicago, IL 60606
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
psecunda@walcheskeluzi.com

ATTORNEYS FOR PLAINTIFF and
PROPOSED SETTLEMENT CLASS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda